# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAPEL THOMPSON,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| MARK GARMAN, et al.,<br>Respondents. | : | No. 17-3860 |

## ORDER

**WENDY BEETLESTONE, J.**

AND NOW, this 8th day of October, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. The request for an evidentiary hearing is DENIED with prejudice;

4. The request for counsel is DENIED with prejudice;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
WENDY BEETLESTONE
U.S. DISTRICT COURT JUDGE